[No. 4956-6-III. Division Three. August 30, 1983.]

*In the Matter of the Marriage of* AUGUST RIVERA, *Appellant, and* KAY MARILYN RIVERA, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-3-01747-9, Marcus M. Kelly, J., entered December 22, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Roe, C.J., concurred in by Green and McInturff, JJ.

[No. 5087-1-II. Division Two. September 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK RUNIONS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR 606, John W. Schumacher, J., entered October 17, 1980. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 11648-7-I. Division One. September 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY ALLEN HAMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-05074-5, H. Joseph Coleman, J., entered April 8, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Callow, J.